# U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:22−cv−00914−RBD−LHP

| | |
|---|---|
| Harlan et al v. Gilead Sciences, Inc. | Date Filed: 05/17/2022 |
| Assigned to: Judge Roy B. Dalton, Jr. | Date Terminated: 05/26/2022 |
| Referred to: Magistrate Judge Leslie Hoffman Price | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Personal Injury | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Anthony Harlan**  represented by  **Branden Weber**
Morgan & Morgan, PA
20 N Orange Ave, Suite 1600
Orlando, FL 32801
407−420−6694
Fax: 407−245−3408
Email: bweber@forthepeople.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Sampson**  represented by  **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam T. Bushman**  represented by  **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Connell**  represented by  **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Stetson**  represented by  **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Armando Rubio**  represented by  **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barry Scott Polenz**                              represented by **Branden Weber**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin Robinson**                               represented by **Branden Weber**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bobby Pafford**                                   represented by **Branden Weber**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos A. Falcon**                                represented by **Branden Weber**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Luis Martinez Maldonado**                  represented by **Branden Weber**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cassandra Henry**                                 represented by **Branden Weber**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chenette George**                                 represented by **Branden Weber**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Latrice Heath**                         represented by **Branden Weber**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corey A. Ostrander**                              represented by **Branden Weber**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig L. Hansen**                                 represented by **Branden Weber**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Taylor** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Doczi** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David J. Kwiatkowski** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Romano** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David E. Brown** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derick Rhone** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derrick Hughes** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana Josue** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Post** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dwayne Sharp** represented by **Branden Weber**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dwight Garris** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Louis Stocking, Jr.** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ella Williams Adams** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Owens** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eva Marie Patterson** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicita Ortiz Diaz** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Pearson** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Cagle** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Georgia Ferrell** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Hector Acosta** | represented by | **Branden Weber** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jackie K. Bradham, Jr.** | represented by | **Branden Weber** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jaime Roman Rivera** | represented by | **Branden Weber** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James L. Weingarten** | represented by | **Branden Weber** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Janice Richburg** | represented by | **Branden Weber** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jay Love** | represented by | **Branden Weber** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jeffrey Hatzakorzian** | represented by | **Branden Weber** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jessie Jewell** | represented by | **Branden Weber** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John C. Canter** | represented by | **Branden Weber** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph M. Senicka** | represented by | **Branden Weber** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Juan G. Martinez**      represented by    **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Varnell**      represented by    **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth W. Talbot**      represented by    **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth M. Brown**      represented by    **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Cunningham**      represented by    **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Steen**      represented by    **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence R. Bishop**      represented by    **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leon Green**      represented by    **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Noto**      represented by    **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Doe 33**      represented by    **Branden Weber**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Doe 34** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 53** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lillian Swanigan Camille** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lou Ann Palumbaro** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Orlando Rendueles** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynn Bogard** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Bennett** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcoust Dula** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marion Lafaye Merritt** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Stratton** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Forth** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark A. Baskin** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark C. Matthews** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary H. Moore** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maynard James Hartman, Jr.** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Kramer McCall** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kirkland** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Raroha** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nellie Pruitt** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Medley** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Price** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul E. Miller** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phillip Robertson** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phillip Aarons** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randy B. Henry** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Taylor** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Stotts** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard A. Janics, Jr.** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rita Reneal Akins–Pinkard** represented by **Branden Weber**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronsheilla Jones**                        represented by **Branden Weber**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Echgelmeier**                      represented by **Branden Weber**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Hall**                              represented by **Branden Weber**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Cook**                              represented by **Branden Weber**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaun Melling**                           represented by **Branden Weber**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawanda Yvette Okafor**                  represented by **Branden Weber**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawn Wyne**                              represented by **Branden Weber**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley P. Brice**                        represented by **Branden Weber**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stefannie Cooks**                         represented by **Branden Weber**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Wahlig** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven M. McMahon** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stuart Mitchell** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tommy Cullar** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonetta A. Neal** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Garcia** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Edward Frazzini** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Earline Robinson** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne C. Wong** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William J. Edmondson** represented by **Branden Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Gilead Sciences, Inc.** | represented by | **Dianne O. Fischer**<br>Sidley Austin LLP<br>801 Brickell Avenue<br>Miami, FL 33131<br>305–391–5205<br>Email: deedee.fischer@sidley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Carmen M. Ortega–Rivero**<br>Sidley Austin LLP<br>801 Brickell Ave<br>Miami, FL 33131<br>214–981–3382<br>Email: cortegarivero@sidley.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2022 | Ï 1 | COMPLAINT against Gilead Sciences, Inc. with Jury Demand (Filing fee $402 receipt number AFLMDC–19581088) filed by All Defendants. (Attachments: # 1 Civil Cover Sheet)(Weber, Branden) Modified on 5/18/2022 to correct docket text (BD). (Entered: 05/17/2022) |
| 05/18/2022 | Ï 2 | NEW CASE ASSIGNED to Judge Roy B. Dalton, Jr. and Magistrate Judge Leslie Hoffman Price. New case number: 6:22–cv–0914–RBD–LHP. (SJB) (Entered: 05/18/2022) |
| 05/18/2022 | Ï 3 | **INITIAL ORDER re Case Management and Deadlines. Signed by Judge Roy B. Dalton, Jr. on 5/18/2022. (YG)** (Entered: 05/18/2022) |
| 05/24/2022 | Ï 4 | WAIVER of service returned executed on 05/24/2022 by All Plaintiffs as to Gilead Sciences, Inc. (Weber, Branden) Modified text on 5/25/2022 (LDJ). (Entered: 05/24/2022) |
| 05/24/2022 | Ï 5 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Order by Gilead Sciences, Inc.. (Fischer, Dianne) (Entered: 05/24/2022) |
| 05/24/2022 | Ï 6 | NOTICE of a related action per Local Rule 1.07(c) by Gilead Sciences, Inc.. Related case(s): Yes (Fischer, Dianne) (Entered: 05/24/2022) |
| 05/24/2022 | Ï 7 | Joint MOTION to Change Venue / Transfer Case *to the Northern District of California* by Gilead Sciences, Inc.. (Attachments: # 1 Exhibit)(Fischer, Dianne) (Entered: 05/24/2022) |
| 05/25/2022 | Ï 8 | **ORDER granting 7 Motion to Change Venue / Transfer Case. The Clerk is DIRECTED to transfer this case to the Northern District of California for consideration with Holley and then to close the file.. Signed by Judge Roy B. Dalton, Jr. on 5/25/2022. (YG)** (Entered: 05/25/2022) |
| 05/26/2022 | Ï 9 | CASE ELECTRONICALLY TRANSFERRED to the Northern District of California. (LMF) (Entered: 05/26/2022) |